UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZDA RETIREMENT PLANS BENEFIT COMMITTEE, AS PLAN ADMINISTRATOR OF THE RETIREMENT PLAN FOR EMPLOYEES OF MAZDA NORTH AMERICAN OPERATIONS A/K/A RETIREMENT PLAN FOR EMPLOYEES OF MAZDA MOTOR OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS DEL FRANCO,<br><br>    Defendant. | Case No. 8:20-cv-02113-JLS-JDE<br><br>**JUDGMENT** |

# **JUDGMENT**

Pursuant to the Court's Order Granting Plaintiff's Application for Default Judgment entered on July 1, 2021 (Doc. 31), Judgment is hereby entered in favor of Plaintiff and it is ORDERED AND ADJUDGED that:

1) An injunction is issued against Defendant that:

   a. imposes a constructive trust or equitable lien over the $281,830.26 overpayment;

   b. enjoins Defendant from spending, transferring, or otherwise disposing of the aforesaid funds; and

   c. directs Defendant to return the aforesaid funds to the Plan; and

2) Defendant shall pay Plaintiff's reasonable attorneys' fees and costs incurred in this action in the amount of $9,236.61.

**IT IS SO ORDERED.**

DATED: July 16, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE